**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**
**CIVIL ACTION NO. 6:25-cv-00188**
**(Formerly CIVIL ACTION NO. 25-CI-00502 in Whitely Circuit Court)**
**[*Filed Electronically*]**

KARI SCHWEIZER                                                          PLAINTIFF

V.

ROWLEY LIVING TRUST                                              DEFENDANT

## DEFENDANT, ROWLEY LIVING TRUST'S, DISCLOSURE STATEMENT

Comes Now, Defendant, Rowley Living Trust ("Defendant"), by and through counsel, Perry W. Oxley, Esq., and the law firm of Oxley Rich Sammons, PLLC, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby submits its Disclosure Statement. In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, this Defendant states as follows:

Rule 7.1(a)(2) provides as follows:

> (2) In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. **The statement must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party or intervenor**:
> > (A) when the action is filed in or removed to federal court, and
> > (B) when any later event occurs that could affect the court's jurisdiction under § 1332(a).

(emphasis added).

Defendant filed its Notice of Removal to this Court on October 27, 2025, based on diversity jurisdiction. *See* Federal Notice of Removal (Doc. No. 1). In compliance with Rule 7.1(a)(2) the identities and citizenships of each individual whose citizenship is the basis for diversity jurisdiction is as follows:

1.    Kevin Rowley, Trustee of Rowley Living Trust - citizen and resident of Templeton, California;

1

2.       Karen Rowley, Trustee of Rowley Living Trust - citizen and resident of Templeton, California.

**WHEREFORE**, Defendant respectfully requests that this Court find that Defendant is in compliance with Rule 7.1 of the Federal Rules of Civil Procedure. As such, pursuant to this Court's Notice of Deficiency, sent on October 27, 2025 (Doc. No. 3), Defendant asks this Court to find that any deficiency has been timely cured.

**ROWLEY LIVING TRUST**

**By Counsel:**

*/s/ Perry W. Oxley*
Perry W. Oxley (KYSB #87871)
**Oxley Rich Sammons, PLLC**
P.O. Box 1704
Huntington, WV  25718-1704
(304) 522-1138 – Telephone
(304) 522-9528 – Fax
poxley@oxleylawwv.com

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 6:25-cv-00188
(Formerly CIVIL ACTION NO. 25-CI-00502 in Whitely Circuit Court)
[*Filed Electronically*]**

KARI SCHWEIZER                                                            PLAINTIFF

V.

ROWLEY LIVING TRUST                                                    DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned counsel for the Defendant, Rowley Living Trust, states that the following

**"DEFENDANT, ROWLEY LIVING TRUST'S, DISCLOSURE STATEMENT"** has been

served electronically via the KY Courts e-filing system on this **30th day of October 2025**, upon

the following counsel of record:

Tanner H. Shultz
Morgan & Morgan, Kentucky PLLC
250 West Main Street, Suite 2100
Lexington, KY 40507
*Counsel for Plaintiff*

*/s/ Perry W. Oxley*
Perry W. Oxley (KYSB #87871)